IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00970-PAB-MEH

GORSUCH, LTD., a Colorado corporation,
GORSUCH, LTD., B.C., a Colorado corporation,
GORSUCH, LIMITED AT ASPEN, a Colorado corporation,
GORSUCH, LIMITED AT KEYSTONE, a Colorado corporation, and
GORSUCH COOPER, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

WELLS FARGO NATIONAL BANK ASSOCIATION,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 3, 2011.**

      The Joint Motion to Approve Stipulated Protective Order Regarding Confidentiality [filed August 2, 2011; docket #33] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The Clerk of the Court is directed to strike the "Stipulation" filed at docket #32. The parties are granted leave to re-file the motion and ***attach to the motion*** a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court identifies the proper mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.