IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00970-PAB-MEH

GORSUCH, LTD., a Colorado corporation,
GORSUCH, LTD., B.C., a Colorado corporation,
GORSUCH, LIMITED AT ASPEN, a Colorado corporation,
GORSUCH, LIMITED AT KEYSTONE, a Colorado corporation, and
GORSUCH COOPER, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

WELLS FARGO NATIONAL BANK ASSOCIATION,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2011.**

      For good cause shown, the Amended Joint Motion to Approve Stipulated Protective Order Regarding Confidentiality [filed August 3, 2011; docket #37] is **granted**. The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.