IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00970-PAB-MEH

GORSUCH, LTD., a Colorado corporation,
GORSUCH LTD., B.C., a Colorado corporation,
GORSUCH, LIMITED AT ASPEN, a Colorado corporation,
GORSUCH, LIMITED AT KEYSTONE MOUNTAIN, a Colorado corporation, and
GORSUCH COOPER, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

WELLS FARGO NATIONAL BANK ASSOCIATION,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiffs' motion for leave to file second amended complaint [Docket No. 47] and second amended complaint [Docket No. 48]. The Court administratively closed this case on November 17, 2011. *See* Docket No. 46. Plaintiffs have not filed a motion to reopen this matter or shown good cause to do so pursuant to Local Rule 41.2. *See* D.C.COLO.LCivR 41.2 ("A district judge . . . may direct the clerk to close a civil action administratively subject to reopening for good cause."). Wherefore, it is

    **ORDERED** that plaintiffs' motion for leave to file second amended complaint [Docket No. 47] and second amended complaint [Docket No. 48] will be held in abeyance until such time as the Court reopens the case.

    DATED December 19, 2011.