IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00970-PAB-MEH

GORSUCH, LTD., a Colorado corporation, et al.,

     Plaintiffs,

v.

WELLS FARGO NATIONAL BANK ASSOCIATION,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

This matter is before the Court plaintiffs' motion for leave to file second amended complaint [Docket No. 47].  The Court administratively closed this case pursuant to D.C.COLO.LCivR 41.2 on November 17, 2011.  *See* Docket No. 46.  Plaintiffs filed the present motion on December 16, 2011.  On December 19, 2011, the Court issued a Minute Order [Docket No. 49] holding plaintiffs' motion in abeyance until such time as the Court were to reopen this case.  On December 21, 2011, plaintiffs filed a motion to reopen [Docket No. 50], which they later withdrew [Docket No. 53].  In their motion to withdraw, plaintiffs informed the Court that the parties were proceeding to arbitration and "anticipate that the arbitration will be completed before December 1, 2012, the date specified in this Court's Order of November 17, 2011, when this case will be dismissed if a Motion to Re-Open is not filed."  Docket No. 53 at 2, ¶ 6.  In light of the foregoing, it is

**ORDERED** that plaintiffs' motion for leave to file second amended complaint [Docket No. 47] is denied without prejudice to refiling if this matter is reopened at some future date.

DATED April 26, 2012.