IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-00970-PAB-MEH | Date:   September 5, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| GORSUCH, LTD., | Matthew Ferguson |
| | Richard Podoll |
| Plaintiff, | Robert Kitsmiller |
| vs. | |
| WELLS FARGO NATIONAL BANK ASSOCIATION, | Brian Berardini |
| | David Walker |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     **10:27 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiffs' [sic]  Motion to Correct Minute Order [Docket No. 88] Entered on August 21, 2013 (Doc. 90, filed 8/22/13) and Plaintiffs' [sic] Motion for Leave to File Third Amended Complaint (Doc. 71, filed 7/10/13).

Plaintiff is granted leave to file supplemental authority on the issue of joinder of parties **by close of business on September 9, 2013.**  Defendant may file a response to Plaintiff's supplement **by close of business on September 11, 2103.**

**ORDERED:**  1.  For reasons stated on the record, Plaintiffs' [sic]  Motion to Correct Minute Order [Docket No. 88] Entered on August 21, 2013 (Doc. 90, filed 8/22/13) is DENIED.

2. The Court takes Plaintiffs' [sic] Motion for Leave to File Third Amended Complaint (Doc. 71, filed 7/10/13) under advisement.

**Court in recess:**     **12:00 p.m.  (Hearing concluded)**
**Total time in court:**  1:33

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.