**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00970-PAB-MEH

GORSUCH, LTD., a Colorado corporation,

    Plaintiff,

v.

WELLS FARGO NATIONAL BANK ASSOCIATION,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 108] of Judge Philip A. Brimmer entered on December 13, 2013 it is

**ORDERED** that the Recommendation of United States Magistrate Judge Michael E. Hegarty [Docket No. 95] is ADOPTED. It is

**FURTHER ORDERED** that judgment is hereby entered in favor of plaintiff Gorsuch, Ltd. and against defendant Wells Fargo National Bank Association on the Court's grant of plaintiff's Amended Motion to Confirm Arbitration Award [Docket No. 89] in the total amount of $2,197,302.80, consisting of $1,916,431.00 in actual damages; $270,321.80 in costs; and $10,550.00 for the American Arbitration Association's administrative filing and case service fees. It is

**FURTHER ORDERED** that GORSUCH, LTD. is **AWARDED** its costs, to be taxed

by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

**FURTHER ORDERED** that this case is closed.

Dated at Denver, Colorado this 17th day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk